BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case. No. 1:99-mj-02061 DLB |
| Plaintiff, | **THE UNITED STATES' REQUEST FOR DISMISSAL; ORDER** |
| v. | Fed. R. Crim. Proc. 48(a) |
| JESUS MARIA BONILLAS SANTA MARIA, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney's Office hereby moves to dismiss the complaint against JESUS MARIA BONILLAS SANTA MARIA, without prejudice and in the interest of justice.

                                                    Respectfully submitted,

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

Dated: March 20, 2013        By:  /s/ Brian W. Enos
                                                      BRIAN W. ENOS
                                                      Assistant U.S. Attorney

1

**ORDER**

IT IS HEREBY ORDERED that the criminal complaint against JESUS MARIA BONILLAS SANTA MARIA be dismissed, without prejudice and in the interest of justice.

IT IS SO ORDERED.

Dated: March 20, 2013         /s/ Gary S. Austin
                                                   UNITED STATES MAGISTRATE JUDGE