```
1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case. No. 1:99-mj-02061 DLB |
| Plaintiff, | **THE UNITED STATES' AMENDED REQUEST FOR DISMISSAL OF COMPLAINT AND ARREST WARRANT; ORDER** |
| v. | |
| | Fed. R. Crim. Proc. 48(a) |
| JESUS MARIA BONILLAS SANTA MARIA, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney's Office hereby moves to dismiss the complaint and asks that the arrest warrant be recalled against JESUS MARIA BONILLAS SANTA MARIA, without prejudice and in the interest of justice.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: March 20, 2013      By: /s/ Brian W. Enos
                               BRIAN W. ENOS
                               Assistant U.S. Attorney

1

**ORDER**

IT IS HEREBY ORDERED that the criminal complaint against JESUS MARIA BONILLAS SANTA MARIA be dismissed and that the arrest warrant be recalled, without prejudice and in the interest of justice.

IT IS SO ORDERED.

Dated: **March 21, 2013**  /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE